| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** **Michael J. Raczkowski** <br> First Name    Middle Name    Last Name | Social Security number or ITIN:    xxx–xx–9757 <br> EIN:    _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:** <br> (Spouse, if filing) <br> First Name    Middle Name    Last Name | Social Security number or ITIN:    _ _ _ _ <br> EIN:    _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:    WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:    11    9/2/25 | |
| Case number:    25–22342–JAD | | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case
12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. Raczkowski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 926 Ada Street <br> Belle Vernon, PA 15012 | |
| 4. | **Debtor's attorney** <br> Name and address | David Z. Valencik <br> Calaiaro Valencik <br> 555 Grant Street <br> Suite 300 <br> Pittsburgh, PA 15219 | Contact phone  412–232–0930 <br><br> Email  dvalencik@c–vlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Crystal H. Thornton–Illar <br> LEECHTISHMAN <br> 525 William Penn Place <br> 28th Floor <br> Pittsburgh, PA 15219 | Contact phone 412–261–1600 <br><br> Email: cthornton–Illar@leechtishman.com |

**For more information, see page 2 >**

Debtor  **Michael J. Raczkowski**                                              Case number **25–22342–JAD**

---

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone  412–644–2700 Date: 9/12/25 |
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 8, 2025 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **341meeting will be conducted by, phone, please consult the docket, or, US Trustee for call information.** |

| | |
|---|---|
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is:  12/8/25.** |

|  |  |
|---|---|
|  | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):** 11/11/25 **For a governmental unit:**                                              2/28/26 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent,* or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

|  |  |
|---|---|
| **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

For more information, see page 3 >

Debtor  **Michael J. Raczkowski**                                                   Case number **25–22342–JAD**

| | |
|---|---|
| **11.  Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 25-22342-JAD

Michael J. Raczkowski                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                                 Page 1 of 2

Date Rcvd: Sep 12, 2025                  Form ID: 309E2                           Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012-2353 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Ronna G Jackson, DOJ-Ust, 211 West Fort Street, Ste 700, Detroit, MI 48226-3263 |
| 16575749 | + | First Federal Leasing, P.O. Box 1145, Richmond, IN 47375-1145 |
| 16575750 | + | GM Financial, P.O. Box 150595, Dallas, TX 75315-0595 |
| 16575751 | + | Neogen-Service, P.O. Box 7740, Urbandale, IA 50323-7740 |
| 16575752 | + | P.Z. Southern Limited Partnership, c/o Buchanan Ingersoll & Rooney PC, Attn: Trisha R. Klan, Esquire, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dvalencik@c-vlaw.com | Sep 13 2025 00:24:00 | David Z. Valencik, Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA 15219 |
| tr | + | Email/Text: cthornton-Illar@leechtishman.com | Sep 13 2025 00:25:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2025 00:25:00 | Internal Revenue Service, Special Procedures Division, P.O. Box 628, Bankruptcy Section, Pittsburgh, PA 15230 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 13 2025 00:26:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16575756 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2025 00:25:00 | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274 |
| 16575757 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2025 00:39:59 | Synchrony Bank, P.O. Box 669805, Dallas, TX 75266-0757 |
| 16575758 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2025 00:25:00 | Truist, P.O. Box 580048, Charlotte, NC 28258-0048 |
| 16578163 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2025 00:25:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 16575748 | | CH Realty III/Wexford L.P. |
| 16575759 | | Weltman, Weinberg & Reis Co. LPA, 5475 Rings Road, Suite 200, OH 43170 |
| 16575755 | *+ | Penn Wellnes Group PC, 1155 Washington Pike, Suite 45A, Bridgeville, PA 15017-2827 |
| 16575753 | ##+ | Penn Wellnes Group PC, 1155 Washington Pike, Suite 45A, Bridgeville, PA 15017-2827 |
| 16575754 | ##+ | Penn Wellnes Group PC, 1155 Washington Pike, Suite 45A, Bridgeville, PA 15017-2827 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| David Z. Valencik | on behalf of Debtor Michael J. Raczkowski dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronna G Jackson | on behalf of U.S. Trustee Office of the United States Trustee ronna.g.jackson@usdoj.gov |

TOTAL: 5