**Michael J. Raczkowski**  Case No. 25-22342-JAD

**Debtor**

# STATEMENT OF INCOME

I, David Z. Valencik, do hereby verify that the Debtor, Michael J. Raczkowski does not receive paystubs. He receives a draw of $2,500.00 monthly from his business Chirocorrection LLC.

DATE:  September 16, 2025    /s/ David Z. Valencik
David Z. Valencikk, Esquire
Attorney for Debtor