**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Related Document No.** 11-12 |
| **Movant,** | ) **Hearing Date:** 09/30/25 @ 10:00 a.m. |
| v. | ) **Responses Due:** 09/22/25 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY CALAIARO VALENCIK AS COUNSEL TO THE
DEBTOR AND DEBTOR-IN-POSSESSION, AS OF THE PETITION DATE - Document
No. 11**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-In-Possession as of the Petition Date,** filed on September 5, 2025, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-In-Possession as of the Petition Date** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-In-Possession as of the Petition Date** were to be filed and served no later than September 22, 2025.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-In-Possession as of the Petition Date** be entered by the Court.

**DATE:** September 23, 2025

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.    PA I.D. No. 308361**

**555 Grant Street, Suite 300
Pittsburgh, PA  15219
Phone:       (412) 232-0930
Fax:         (412) 232-3858
Email:       [dvalencik@c-vlaw.com](mailto:dvalencik@c-vlaw.com)**