**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Related Document No.** 27 |
| **Movant,** | ) **Hearing Date:** 09/30/25 @ 10:00 a.m. |
| **v.** | ) **Responses Due:** 09/22/25 |
| No Respondent. | ) **Document No.** |

## NOTICE OF WITHDRAWAL

The Debtor wishes to withdraw the Certificate of No Objection, filed September 23, 2025, (Doc. No. 27)

                                                     **Respectfully submitted,**

**DATE: September 23, 2025**        **CALAIARO VALENCIK**

                                        **BY:** /s/ David Z. Valencik
                                        **David Z. Valencik, Esq.    PA I.D. No. 308361**

                                          **555 Grant Street, Suite 300**
                                          **Pittsburgh, PA  15219**
                                          **Phone:    (412) 232-0930**
                                          **Fax:       (412) 232-3858**
                                          **Email:      dvalencik@c-vlaw.com**

**Date:**_____                    **SO ORDERED.**

                                            _____
                                            **Honorable Jeffrey A. Deller**
                                            **United States Bankruptcy Judge**