IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-22342-JAD |
|     Michael J. Rackowski. | : | Chapter 11 |
|         Debtor | : | |
| | : | |
|     Michael J. Rackowski | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| Neogen-Service | : | |
|  Respondent | : | |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Neogen-Service

    Incorrect Address: P.O. Box 7740, Urbandale, PA 50323

Corrected Address:

    Creditor Name: Banleaco

    Correct Address: P.O. Box 7740, Urbandale, PA 50323

DATED: September 26, 2025        BY: /s/ David Z. Valencik
                                          David Z. Valencik, Esq. PA I.D. No. 308361

                                          555 Grant Street, Suite 300
                                          Pittsburgh, PA 15219
                                          Phone:  (412) 232-0930
                                          Fax:           (412) 232-3858
                                          Email:  **dvalencik@c-vlaw.com**