IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Michael J. Raczkowski | : | Bankruptcy No. 25-22342-JAD |
| Debtor | : | |
| Michael J. Raczkowski | : | Chapter 11 (Subchapter V) |
| Movant | : | |
| | : | Related to Document No. 1, 22 |
| v. | : | |
| No Respondents | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_   Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_   Summary of Schedules
\_\_\_\_\_   Schedule A - Real Property
\_\_\_\_\_   Schedule B - Personal Property
\_\_\_\_\_   Schedule C - Property Claimed as Exempt
\_\_\_\_\_   Schedule D - Creditors holding Secured Claims
   Check one:
      \_\_\_\_\_   Creditor(s) added and Secured Property Clarified
      \_\_\_\_\_   NO creditor(s) added
      \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule E - Creditors Holding Unsecured Priority Claims
   Check one:
      \_\_\_\_\_   Creditor(s) added
      \_\_\_\_\_   NO creditor(s) added
      \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
   Check one:
      \_\_\_\_\_   Creditor(s) added
      \_\_\_\_\_   NO creditor(s) added
      \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases
   Check one:
      \_\_\_\_\_   Creditor(s) added
      \_\_\_\_\_   NO creditor(s) added
      \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule H – Codebtors
\_\_\_\_\_   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)
  X     Statement of Financial Affairs        **REASON:** Edited Q.8 to add transfer and Q.16 to
                                              Correct disclosure of payment of initial retainer and

|       |                                                                              |
|-------|------------------------------------------------------------------------------|
|       | filing fee.                                                                  |
| _____ | Chapter 7 Individual Debtor's Statement of Intention                         |
| _____ | Chapter 11 List of Equity Security Holders                                   |
| _____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims             |
| X     | Disclosure of Compensation of Attorney for Debtor    **REASON:** Clarification of disclosure of Receipt of payments. |
| _____ | Other _____  |

**DATED:** September 29, 2025

**CALAIARO VALENCIK**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.    PA I.D. No. 308361**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:       (412) 232-0930**
**Fax:         (412) 232-3858**
**Email:       dvalencik@c-vlaw.com**

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael J. Raczkowski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **25-22342** | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy         04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $20,000.00 | ☐ Wages, commissions, bonuses, tips | $20,000.00 |
| | ■ Operating a business | | ■ Operating a business | |

Debtor 1    **Michael J. Raczkowski**                                         Case number (*if known*)   **25-22342**

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | $16,558.00 | ☐ Wages, commissions, bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips | $58,325.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ■ Operating a business |  | ☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Michael J. Raczkowski | Case number (*if known*) | 25-22342 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | **Penn Wellness Group PC**<br>**926 Ada Street**<br>**Belle Vernon, PA 15012** | **08/19/25** | **$1,500.00** | **$0.00** | **Payment of Retainer to Thompson Law Group for legal representation** |

   **Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | **PZ Southern Limited Partnership vs. Michael Raczkowski, D.C.**<br>**GD-22-014032** | **Civil** | **Court of Common Pleas, Allegheny County**<br>**414 Grant Street**<br>**Pittsburgh, PA 15219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

| Debtor 1 | Michael J. Raczkowski | Case number *(if known)* | 25-22342 |
|---|---|---|---|

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>www.c-vlaw.com<br>Debtor | $6,738.00 from Debtor for initial retainer and filing fee for Michael Rackowski | 08/15/2025 | $6,738.00 |
| Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>www.c-vlaw.com<br>Debtor (via Calaiaro Valencik IOLTA) | $4,740.00 paid for pre-petition fees. Paid from funds held in IOLTA for the Debtor.<br><br>**NOT AN ADDITIONAL PAYMENT FROM THE DEBTOR OR AN INSIDER/AFFILIATE.** | 09/02/2025 | $4,740.00 |

| Debtor 1 | Michael J. Raczkowski | Case number (*if known*) | 25-22342 |
|---|---|---|---|

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>www.c-vlaw.com<br>Debtor (via Calaiaro Valencik IOLTA) | $1,738.00 paid for filing fee reimbursement. Paid from funds held in IOLTA for the Debtor.<br><br>**NOT AN ADDITIONAL PAYMENT FROM THE DEBTOR OR AN INSIDER/AFFILIATE.** | 09/02/2025 | $1,738.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Erin Raczkowski<br>926 Ada Street<br>Belle Vernon, PA 15012 | 30 Member intrest in Chirocorrection LLC | | January 1, 2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | Michael J. Raczkowski | Case number (*if known*) | 25-22342 |
|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

   | Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

| Debtor 1 | Michael J. Raczkowski | Case number *(if known)* | 25-22342 |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title / Case Number | Court or agency Name / Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number / Dates business existed |
|---|---|---|
| Chirocorrection LLC<br>926 Ada St.<br>Belle Vernon, PA 15012 | Chiropractor | EIN: 92-2716769<br>From-To: June 2023-present |
| Penn Wellness Group PC<br>1155 Washington Pike, Suite 45A<br>Bridgeville, PA 15017 | | EIN: 83-3750185<br>From-To: March 2019 to 2024 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name / Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Michael J. Raczkowski
**Michael J. Raczkowski**
Signature of Debtor 1

Signature of Debtor 2

Date

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No

| Debtor 1 | **Michael J. Raczkowski** | Case number (*if known*) | **25-22342** |
|---|---|---|---|

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Michael J. Raczkowski**                                  Case No.  **25-22342**
                                    Debtor(s)                    Chapter   **11**

# AMENDED
# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $  **TO BE DETERMINED**

   Prior to the filing of this statement I have received                    $  **5,000.00***

   Balance Due                                                               $  **TO BE DETERMINED**

\* Prior to the bankruptcy filing, Calaiaro Valencik received one check in the amount of $6,738.00 from the Debtor. The amount represented a $5,000 initial retainer and $1,738 for the chapter 11 filing fee. These funds were deposited into Calaiaro Valencik's IOLTA account on August 15, 2025. On September 2, 2025, prior to the filing of the bankruptcy, Calaiaro Valencik paid itself for pre-petition fees incurred in the amount of $4,470.00. These funds were applied from IOLTA. Additionally, the filing fee of $1,738.00 was reimbursed from IOLTA contemporaneously with the filing of the bankruptcy case. $260.00 remains in Calaiaro Valencik's IOLTA account and shall remain until further order of court.

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **Final Fees and costs to be determined and subject to Bankruptcy Court approval. All work will be billed hourly based on hourly rates set forth in Engagement Agreement and approved in Motion to Employ Counsel.**

   **Work contemplated shall include:**

   **(a) Preparation of the bankruptcy petition and attendance at the Initial Debtor Interview and 341 meeting of creditors.**

   **(b) Representation of the Debtor in relation to negotiating an agreement on cash collateral.**

   **(c) Representation of the Debtor in relation to acceptance or rejection of executory contracts.**

   **(d) Advising the Debtor regarding his rights and obligations during the chapter 11 case.**

   **(e) Representation of the Debtor in relation to any motions to convert or dismiss this Chapter 11.**

   **(f) Representation of the Debtor in relation to any motions for relief from stay filed by any creditors.**

In re    **Michael J. Raczkowski**　　　　　　　　　　　　　　　　Case No.　**25-22342**
　　　　　　　　　　　　　　　Debtor(s)

# AMENDED
# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**(g) Preparation of the Chapter 11 Plan and Disclosure Statements, including attending confirmation hearings.**

**(h) Preparation of any objection to claims in the Chapter 11.**

**(i) Otherwise, representing the Debtor in general.**

**This is a non-exhaustive list of the representation needed in a typical chapter 11 case and should not be viewed as a limitation for the representation should additional, case-specific matters arise.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **N/A**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

　　September 29, 2025　　　　　　　　　　　　　　/s/ David Z. Valencik
*Date*　　　　　　　　　　　　　　　　　　　　　　**David Z. Valencik**
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　　　　**Calaiaro Valencik**
　　　　　　　　　　　　　　　　　　　　　　　　　**555 Grant Street**
　　　　　　　　　　　　　　　　　　　　　　　　　**Suite 300**
　　　　　　　　　　　　　　　　　　　　　　　　　**Pittsburgh, PA 15219**
　　　　　　　　　　　　　　　　　　　　　　　　　**412-232-0930　Fax: 412-232-3858**
　　　　　　　　　　　　　　　　　　　　　　　　　**dvalencik@c-vlaw.com**
　　　　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*