WPAB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.25-22342-JAD |
| Michael J. Rackowski | : | |
| | : | |
| Debtor | : | |
| | : | Chapter   11 |
| Michael J. Rackowski | : | |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Banleaco | : | |
| | : | |
| Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, David Z. Valencik, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

**CALAIARO VALENCIK**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esq.**      PA I.D. No. 308361

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:**       (412) 232-0930
**Fax:**          (412) 232-3858
**Email:** dvalencik@c-vlaw.com

Banleaco
P.O. Box 7740
Urbandale, PA 50323