**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Related Document No.** 40,38 |
| **Movant,** | ) **Hearing Date:** |
| v. | ) **Responses Due:** |
| Banleaco | ) |
| Respondent. | ) **Document No.** |

**Amended CERTIFICATE OF SERVICE of Order and Amendment to Schedule F**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 2, 2025.

**First Class Mail**
Banleaco, P.O. Box 7740, Urbandale, PA 50323

**NEF**
Ronna G Jackson on behalf of U.S. Trustee Office of the United States Trustee
ronna.g.jackson@usdoj.gov
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Crystal H. Thornton-Illar; cthornton-Illar@leechtishman.com, PA95@ecfcbis.com, dbender@leechtishman.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading
"Service by First-Class Mail."

**Executed on:** October 2, 2025        **CALAIARO VALENCIK**

BY: /s/ David Z. Valencik
David Z. Valencik, Esq.    PA I.D. No. 308361

555 Grant Street, Suite 300
Pittsburgh, PA  15219
Phone:    (412) 232-0930
Fax:       (412) 232-3858
Email:    dvalencik@c-vlaw.com