**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Hearing Date:** 09/30/25 @ 10:00 a.m. |
|     **Movant,** | ) **Responses Due:** 09/22/25 |
| v. | ) |
| No Respondent. | ) **Related to Document No.** 11 |

**ORDER APPROVING DEBTOR'S COUNSEL**

    **AND NOW**, this 30th day of September, 2025, upon consideration of the ***APPLICATION FOR APPROVAL OF ATTORNEYS (Motion to Employ Calaiaro Valencik as Counsel to Debtor and Debtor-in-Possession as of the Petition Date)***, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

    1. The Application is hereby approved as of September 2, 2025, the date the voluntary chapter 11 petition was filed with the United States Bankruptcy Court for the Western District of Pennsylvania.

    2. **Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA 15219** are hereby appointed as Attorney for Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

cc: **Debtor**
**Counsel**
**Office of the U.S. Trustee**

_____ sjk
**JEFFERY A. DELLER**
United States Bankruptcy Judge

FILED
9/30/25 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22342-JAD |
| Michael J. Raczkowski | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012-2353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025             Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| David Z. Valencik | on behalf of Debtor Michael J. Raczkowski dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Sep 30, 2025    Form ID: pdf900    Total Noticed: 1

Ronna G Jackson
    on behalf of U.S. Trustee Office of the United States Trustee ronna.g.jackson@usdoj.gov

TOTAL: 6