

*U.S. Department of Justice*

Office of the United States Trustee

*Western District of Pennsylvania*

---

*William S. Moorhead Federal Building*  *(412) 644-4756*
*1000 Liberty Avenue, Suite 1316*  *Fax (412) 644-4785*
*Pittsburgh, Pennsylvania 15222*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Michael J. Raczkowski,   Case No. 25-22342 JAD

Chapter 11

Debtor.

The §341(a) Meeting of Creditors was convened telephonically on October 8, 2025, and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/ *Ronna G. Jackson*
    Ronna G. Jackson
    Trial Attorney
    Presiding Officer
    Ronna.G.Jackson@usdoj.gov

Date: October 10, 2025