UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 25-22342-11

Michael J. Raczkowski                                                                Chapter 11

     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 25-22342-11

Michael J. Raczkowski     Chapter 11

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 14, 2025 :

DAVID Z VALENCIK
555 GRANT ST STE 300
PITTSBURGH, PA  15219

Crystal H. Thornton-Illar
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

By  /s/  Mandy Youngblood
     Mandy Youngblood

xxxxx55199 / 1119185