IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Michael J. Raczkowski,** | Case No.  25-22342-JAD<br>**Chapter: 11**<br>Related to Document No. 53 |
| **Debtor.**<br>_____X | Hearing Date:   April 21, 2026 at 10 AM |

ORDER SETTING DEADLINES AND SCHEDULING
HEARING ON PLAN CONFIRMATION
(SUBCHAPTER V SMALL BUSINESS CASE)

   **AND NOW**, upon consideration of the Small Business Debtor's Chapter 11 Plan of Reorganization Dated December 1, 2025, doc. no. 53 ("P*lan*") filed by Michael J. Raczkowski (the "Debtor") in this case filed under subchapter V of title 11, and it appearing the Court has jurisdiction over this matter; and due notice of the filing of  the *Plan* having been given; and just cause existing for the relief granted herein;

   It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

   1. **Plan Confirmation Hearing Date.**  The Court will conduct a hearing on **April 21, 2026 at 10:00 a.m.**, to consider the *Plan* and any objections thereto.   The hearing will be held in Courtroom D, U.S Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh PA 15219. Parties may also appear via Zoom.

   2. **Objection Deadline.**  Objections to confirmation of the *Plan*, if any, must be in writing, must state the name of the objecting party, its interest in the chapter 11 case, the nature of the objection, and the basis for the objection, and must be filed with the Court and served in a manner so as to be received by the Debtor, counsel to the Debtor, and the United States Trustee by no later than **March 30, 2026** at the following addresses:

| DEBTOR | DEBTOR'S COUNSEL | ASSIGNED U.S. TRUSTEE |
|---|---|---|
| Michael J. Raczkowski<br>926 Ada Street<br>Belle Vernon, PA  15012 | David Z. Valencik, Esq.<br>Calaiaro Valencik<br>555 Grant St., Suite 300<br>Pittsburgh PA 15219 | Ronna G. Jackson, Esq.<br>Office of the U.S. Trustee<br>211 West Fort Street, Suite 700<br>Detroit, MI  48226 |

3. **Deadline for § 1111(b) Elections.** Any election by a secured creditor under 11 U.S.C. § 1111(b)(2) must be filed with the Court no later than 30 days after the date the Debtor's *Plan* was filed.

4. **Balloting Deadline**. The balloting deadline for voting on the *Plan* is **March 25, 2026**. All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to Debtor's counsel at the address listed in paragraph 2 of this *Order* so that the ballot is received no later than **March 25, 2026**.

5. **Ballot Summary Deadline.** The Debtor shall file a *Ballot Summary* no later than **April 3, 2026**.

6. **Solicitation Package Deadline.** On or before **December 16, 2025**, the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the *Plan*. The *Solicitation Package* shall include: (i) a copy of this *Order*; (ii) the *Plan Summary*; (iii) the *Plan*; and (iv) a ballot conforming with Official Form 14. The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot). A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

7. **Confirmation Hearing Package Deadline.** On or before **December 16, 2025**, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 *to the extent such parties are not recipients of the Solicitation Package*. Recipients of the *Confirmation Hearing Package* shall include each of the following: (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the Debtor; and (v) any other party contained on the creditors' matrix maintained by the Court. The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing: (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting a copy of the *Plan* at no cost to the requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

sjk

_____
Jeffery A. Deller, U.S. Bankruptcy Judge

Dated: December 2, 2025

Case Administrator to mail to:
Debtor
David Z. Valencik, Esq.
Crystal H. Thornton-Illar, Trustee
Ronna G. Jackson, U.S.T.

FILED
12/2/25 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22342-JAD |
| Michael J. Raczkowski | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012-2353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Michael J. Raczkowski apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| David Z. Valencik | on behalf of Debtor Michael J. Raczkowski dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronna G Jackson
    on behalf of U.S. Trustee Office of the United States Trustee ronna.g.jackson@usdoj.gov

TOTAL: 7