**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Hearing Date:** 02/24/26 @ 10:00 a.m. |
|     **Movant,** | ) |
| **v.** | ) **Responses Due:** |
| Truist Bank, | ) |
|     **Respondent.** | ) **Related to Document No. 66** |

**CERTIFICATE OF SERVICE OF Order Confirming Sale of Personal Property Free and Clear of All Liens and Claims**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 25, 2026.

**Service by First-Class Mail:**
Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012
Buckeye Sports Center, 4610 State Road, Peninsula, OH 44264

**Service by NEF:**
Truist Bank, c/o Milos Gvozdenovic, Weltman, Weinberg & Reis Co., L.P.A., 5990 West Creek Rd., Suite 200, Independence, OH 44131; mgvozdenovic@weltman.com
Ronna G Jackson on behalf of U.S. Trustee Office of the United States Trustee
ronna.g.jackson@usdoj.gov
Crystal H. Thornton-Illar; cthornton-Illar@leechtishman.com, PA95@ecfcbis.com; dbender@leechtishman.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** February 25, 2026    **CALAIARO VALENCIK**

/s/ David Z. Valencik
**David Z. Valencik, Esq.    PA I.D. No. 308361**
**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**Phone:**    (412) 232-0930
**Fax:**    (412) 232-3858
**Email:**    dvalencik@c-vlaw.com