**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-22342-JAD |
| Michael J. Raczkowski, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| | ) |
| Michael J. Raczkowski, | ) **Hearing Date:** 02/24/26 @ 10:00 a.m. |
|     **Movant,** | ) |
| v. | ) **Re**lated to Doc. #58 |
| Truist Bank, | ) |
|     **Respondent.** | ) **Document No.** 64 |

**ORDER CONFIRMING SALE OF PROPERTY
<u>FREE AND DIVESTED OF LIENS</u>**

    This __25th of February__, 2026, on consideration of the *Debtor's Motion for Sale of Property Free and Divested of Liens* to **Buckeye Sports Center, 4610 State Road, Peninsula, OH 44264** for **$104,000.00**, after hearing held via Zoom or in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 this date.

Regarding said Motion the Court finds:

    (1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of personal property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for sale, viz:

| DATE OF SERVICE | NAME OF LIENOR AND SECURITY |
|---|---|
| January 13, 2026 | Truist Bank<br>Dawn James, Bankruptcy Specialist<br>P.O. Box 1847 / 100-50-01-51<br>Wilson, NC 27894<br>DefaultBankruptcyManagement@Truist.com<br>*Loan* |
| January 13, 2026 | Ronna G. Jackson, Esquire<br>William S. Moorhead Federal Building<br>1000 Liberty Avenue, Suite 1316<br>Pittsburgh, PA 15222<br>Ronna.G.Jackson@usdoj.gov<br>*United States Trustee* |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing was duly advertised on the Court's website pursuant to W.PA.LBR 6004-1(c) on **JANUARY 13, 2026**, in the Fayette Legal Journal on **JANUARY 24, 2026** and in the Herald-Standard (Uniontown, PA) on **JANUARY 28, 2026**, as shown by the Proof of Publications duly filed on February 17, 2026 at Docket No. 63.

(4) That at the sale hearing no higher offers were received and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of **$104,000.00** offered by **Buckeye Sports Center** is a full and fair price for the property in question.

(6) That the purchaser is acting in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143 (3d Cir. 1986).

**IT IS ORDERED, ADJUDGED AND DECREED** that the sale of personal property described in the Motion as **2021 Nautique G23, HIN CTC14191I021 and 2021 Boatmate Trailer, VIN 5A7BB2336NT001685** is hereby confirmed to **Buckeye Sports Center, 4610 State Road, Peninsula, OH 44264** for **$104,000.00** free and divested of the liens herein described; and, that the Debtor shall make, execute and deliver to the purchaser above named the necessary title and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale.

**IT IS FURTHER ORDERED** that the liens, claims and interests of all Respondents, including but not limited to Truist Bank, be, and they hereby are divested from the property being sold, if and to the extent they may be determined to be valid liens against the sold property, and transferred to the proceeds of sale, and that the within decreed sale shall be free, clear and divested of said liens, claims and interests;

**FURTHER ORDERED** that after due notice to the claimants, lien creditors, and interest holders, and no objection on their parts having been made or, if made, resolved/overruled, the incidental and related costs of sale and of the within bankruptcy proceeding, shall be paid in advance of any distribution to said lien creditors.

**FURTHER ORDERED** the following expenses/costs shall be paid at time of closing. Failure of the closing agent to timely make disbursement required by this Order will subject the closing agent to monetary sanctions after notice and hearing.

(1) The costs of advertising the sale in the Fayette Legal Journal reimbursed to Calaiaro Valencik in the amount of $135.00.

    (2)    The costs of advertising the sale in the Herald-Standard (Uniontown, PA) reimbursed to Calaiaro Valencik in the amount of $105.36.

    (3)    The filing fee reimbursed to Calaiaro Valencik in the amount of $199.00.

**FURTHER ORDERED** that the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the purchaser, and the attorney for the purchaser, if any, and file a certificate of service.

**FURTHER ORDERED** that closing shall occur within thirty (30) days of this Order and the Movant shall file a report of sale within seven (7) days following closing.

**FURTHER ORDERED** that this Confirmation Order survives any dismissal or conversion of the within case.

2/25/2026    _____ sjk
               **JUDGE JEFFERY A. DELLER**
               United States Bankruptcy Court

FILED
2/25/26 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-22342-JAD

Michael J. Raczkowski   Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 2
Date Rcvd: Feb 25, 2026   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID    Recipient Name and Address**
db       +   Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012-2353

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

**Name        Email Address**

Andrew Kevin Pratt
        on behalf of Debtor Michael J. Raczkowski apratt@c-vlaw.com
        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar
        cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

David Z. Valencik
        on behalf of Debtor Michael J. Raczkowski dvalencik@c-vlaw.com
        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Milos Gvozdenovic
    on behalf of Creditor Truist Bank mgvozdenovic@weltman.com  pitecf@weltman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronna G Jackson
    on behalf of U.S. Trustee Office of the United States Trustee ronna.g.jackson@usdoj.gov

TOTAL: 8