IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:25-22342-JAD |
| | ) | |
| MICHAEL J. RACZKOWSKI, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date and Time: July 21, 2026 |
| CRYSTAL H. THORNTON-ILLAR, | ) | at 10:00 a.m. |
| Subchapter V Trustee, | ) | |
| | ) | |
| Movant, | ) | Response Deadline: July 6, 2026 |
| | ) | |
| v. | ) | |
| MICHAEL J. RACZKOWSKI. | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served: (1) the Application for the Allowance of Compensation and Reimbursements of Expenses as the Subchapter V Trustee and (2) the Notice of Hearing regarding the same as set forth on the attached sheet on June 18, 2026.

Date:  June 19, 2026          By: /s/ *Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
cthornton-illar@leechtishman.com
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600

**VIA CM/ECF and Email on June 18, 2026:**

**Matthew Fissel**
bkgroup@kmllawgroup.com

**Milos Gvozdenovic**
mgvozdenovic@weltman.com

**Jeffrey Hunt**
ecfpeoples@grblaw.com

**Ronna G Jackson**
ronna.g.jackson@usdoj.gov

**Andrew Kevin Pratt**
apratt@c-vlaw.com

**David Z. Valencik**
dvalencik@c-vlaw.com

**VIA First-Class Mail on June 18, 2026:**

| | |
|---|---|
| Americredit Financial Services, Inc. d/b/a GM P.O. Box 183853 Arlington, TX 76096 | Synchrony Bank c/o AIS Portfolio Services 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |
| Truist Bank First Federal Leasing c/o Weltman Weinberg & Reis, Co., LPA 5990 West Creek Road, Suite 200 Independence, OH 44131 | Banleaco P.O. Box 7740 Urbandale, PA 50323 |
| CH Realty III/Wexford, L.P. c/o Kimco Realty Corp. 500 North Broadway Suite 201 Jericho, NY 11753 | Capital One, N.A. AIS Infosource LP P.O. Box 71083 Charlotte, NC 28272 |
| Michael J. Raczkowski 926 Ada Street Belle Vernon, PA 15012 | First Federal Leasing P.O. Box 1145 Richmond, IN 47375 |
| GM Financial P.O. Box 150595 Dallas, TX 75315 | JP Morgan Chase Bank, N.A. P.O. Box 9013 Addison, TX 75001 |

| | |
|---|---|
| Neogen-Service<br>P.O. Box 7740<br>Urbandale, IA 50323 | Office of the United States Trustee<br>1000 Liberty Ave.<br>Suite 1316<br>Pittsburgh, PA 15222 |
| P.Z. Southern Limited Partnership<br>c/o Buchanan Ingersoll & Rooney, P.C.<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219 | Penn Wellness Group, PC<br>1155 Washington Pike, Suite 45°<br>Bridgeville, PA 15017 |
| Synchrony Bank<br>P.O. Box 669805<br>Dallas, TX 75266 | Synchony Bank<br>AIS Portfolio Services<br>4515 N. Santa Fe Ave.<br>Dept APS<br>Oklahoma City, OK 73118 |
| Truist<br>P.O. Box 580048<br>Charlotte, NC 28258 | Truist Bank<br>P.O. Box 669805<br>Wilson, NC 27894 |
| PNC Bank Retail Lending<br>P.O. Box 94982<br>Cleveland, OH 44101 | Verizon<br>AIS Infosource LP<br>P.O. Box 4457<br>Houston, TX 77210 |
| | |