**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 25-22342-JAD |
| | ) | |
| MICHAEL J. RACZKOWSKI, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | Honorable Jeffery A. Deller |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| Subchapter V Trustee, | ) | Document No. ___ |
| | ) | |
| Movant, | ) | Related Doc. Nos. 90 & 94 |
| | ) | |
| v. | ) | Hearing Date & Time: |
| | ) | **July 21, 2026 at 10:00 a.m.** |
| MICHAEL J. RACKOWSKI, | ) | |
| | ) | Response Deadline: **July 6, 2026** |
| _____Respondent._____ | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING THE APPLICATION OF**
**CRYSTAL THORNTON-ILLAR FOR THE ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE**

1. On June 18, 2026, Crystal H. Thornton-Illar, the Subchapter V Trustee (the "Applicant" or "Trustee") filed her Application for the Allowance of Compensation and Reimbursement of Expenses (the "Application") [Docket No. 90].

2. Pursuant to the Amended Notice of Hearing with Response Deadline [Docket No. 94] (the "Notice"), responses, if any, to the Application were required to have been filed with the Bankruptcy Court on or before July 6, 2026 (the "Response Deadline").

3. The Response Deadline has passed and no objections or responses to the Application appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Application that no hearing is required and accordingly enter an Order by default.

Respectfully submitted,

LEECH TISHMAN FUSCALDO &
LAMPL, LLC

Dated:  July 8, 2026                    By: _/s/ Crystal H. Thornton-Illar_____
Crystal H. Thornton-Illar, Esquire
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile:  412.227.5551
cthornton-illar@leechtishman.com