**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:25-22342-JAD |
| | ) | |
| MICHAEL J. RACZKOWSKI, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date and Time: July 21, 2026 |
| CRYSTAL H. THORNTON-ILLAR, | ) | at 10:00 a.m. |
| Subchapter V Trustee, | ) | |
| | ) | |
| Movant, | ) | Related to Doc. #90 |
| | ) | |
| v. | ) | |
| MICHAEL J. RACZKOWSKI. | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, this _____16th_____ day of _____July_____ 2026, upon consideration of the

Application for the Allowance of Compensation and Reimbursements of Expenses as the

Subchapter V Trustee (the "Application") notice being given and with good cause having been

shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the fees of

Crystal H. Thornton-Illar, the Subchapter V Trustee (the "Trustee"), for the period from September

8, 2025 through June 16, 2026 (the "Period") in the total amount of $6,903.50 (the "Fees") on a

final basis.  It is further

ORDERED, ADJUDGED, and DECREED that the Court hereby allows and approves the

expenses of the Trustee, for the Period in the total amount of $60.00 (the "Expenses") on a final

basis.  It is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to apply the

$6,000 retainer being held in trust to the Fees and Expenses and the Debtor has authority to

immediately pay the remaining balance owed to the Trustee.  It is further

ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over

all matters concerning this Order.

BY THE COURT:

7/16/2026

UNITED STATES BANKRUPTCY COURT

Jeffery A. Deller

FILED
7/16/26 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22342-JAD |
| Michael J. Raczkowski | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Michael J. Raczkowski, 926 Ada Street, Belle Vernon, PA 15012-2353

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Michael J. Raczkowski apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| David Z. Valencik | on behalf of Debtor Michael J. Raczkowski dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Jeffrey Hunt | |

District/off: 0315-2                          User: auto                                   Page 2 of 2
Date Rcvd: Jul 16, 2026                       Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
       on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Milos Gvozdenovic
       on behalf of Creditor Truist Bank mgvozdenovic@weltman.com  pitecf@weltman.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronna G Jackson
       on behalf of U.S. Trustee Office of the United States Trustee ronna.g.jackson@usdoj.gov


TOTAL: 9